UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | DOCKET NO. 1:15CR85 |
| ) | | |
| Plaintiff, ) | | |
| ) | | **MOTION FOR CONTIUANCE** |
| v. ) | | |
| ) | | |
| BRANDI SMITH ) | | |
| ) | | |
| Defendant, ) | | |
| ) | | |
| _____) | | |

      Defendant BRANDI SMITH, by and through her counsel, Ronald E. Justice, Jr., hereby moves this Honorable Court for a continuance of trial and in support shows this Court the following:

1. The Defendant is scheduled for the trial term commencing June 20, 2016.

2. Counsel for the Defendant respectfully moves to continue this case from the June 20, 2016 court term

3. The Defendant has filed a request for new Counsel which has yet to be heard.

4. The Defendant subsequently signed a plea agreement which has not been filed. Upon information and belief the Defendant will withdraw her motion for new counsel and will enter a plea eliminating a need for trial.

5. Counsel for the United States was contacted prior to the filing of this motion and does not object to the granting of this motion.

    WHEREFORE, the Defendant prays the court:

1. That this case be continued from the June 20, 2016 trial term.

2. For such other relief as this court deems mete and just.

This the 3rd day of June, 2016

                                               By *s/Ronald E. Justice, Jr..*
                                                  RONALD E. JUSTICE, JR.
                                           Attorney for Brandi Smith
                                           The Justice Law Firm, P.A.
                                           285 East Allen Street, Suite 2
                                           Post Office Box 446
                                           Hendersonville, NC 28793
                                           (828) 692-5662
                                           rjustice@justicelawfirm.info

## CERTIFICATE OF SERVICE

I, Ronald E. Justice, Jr., herby certify that a copy of the foregoing Motion for Continuance was this day served via electronic notification to the United States District Court as follows:

Thomas Kent
thomas.kent@usdoj.gov

This 3rd day of June, 2016.

s/ Ronald E. Justice, Jr.
N.C. State Bar No. 29289
Attorney for Defendant
Post Office Box 446
Hendersonville, NC 28793
(828) 692-5662
(828) 693-7645 *fax*
rjustice@justicelawfirm.info