**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:15 cr 85-13**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **BRANDI LYNN SMITH.** | ) | |
| _____ | ) | |


      **THIS MATTER** is before the undersigned pursuant to a letter (#319) sent by the Defendant requesting that substitute counsel be appointed to represent her in place and stead of her present court appointed counsel, Ronald Justice.  At the call of this matter on for hearing the Defendant advised the Court she wished to withdraw her request and further requested that Mr. Justice continue to represent her in this matter.  The undersigned conducted an examination of the Defendant and Defendant assured the undersigned that Defendant was making this decision of her own free will.  As a result, the motion to withdraw the motion for substitution of counsel will be allowed.

## ORDER

      **IT IS, THEREFORE, ORDERED** that the letter (#319) which has been considered as a motion to substitute counsel is considered to be withdrawn and **DENIED.**

Signed: June 15, 2016

Dennis L. Howell
United States Magistrate Judge